**Charles Patrick MAMANUS, Plaintiff–Appellant,**

v.

Ronald J. ANGELONE; Major Redman; Lieutenant Boyers; D. Campbell, Lieutenant; Assistant Warden Holler; Assistant Warden Day; L.M. Saunders; L.W. Huffman; Sergeant Sampson; M. Peters; Correctional Officer Ridgeway; Officer Burdette; Correctional Officer Snead, Defendants–Appellees.

No. 02–7828.

United States Court of Appeals, Fourth Circuit.

Submitted April 18, 2003.

Decided May 6, 2003.

Charles Patrick McManus, Appellant Pro Se.

Before LUTTIG, WILLIAMS, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Charles Patrick McManus appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) action. The district court dismissed the complaint without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) (2000). Because McManus may amend his complaint to state a viable claim, the dismissal order is not final and thus is not subject to appellate review. *See Domino Sugar Corp. v. Sugar Workers Local Union 392,* 10 F.3d 1064, 1066–67 (4th Cir.1993). We therefore dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument wold no aid the decisional process.

*DISMISSED.*